## Wood-Dryer Grocery Co. v. South Side Savings Bank.

Appeal from the Birmingham City Court, in Equity.

Heard before the Hon. H. A. Sharpe.

E. J. Smyer and Ben Carter, for appellant.

Mountjoy & Tomlinson, and Arnold & Evans, contra.

The bill in this case was filed by the Wood-Dryer Grocery Company against the appellee, to enjoin the South

Side Savings Company from having a sale of the property of the Friel Coal Mining Company, made under their respective executions, and to have judgment upon which executions were issued declared fraudulent and void, and the property subjected to the payment of the complainant's claim.

The appeal is taken from a decree of the chancellor, in which the appellants assign as error the fixing by the court in its final decree the value of the property shown by the record to have been given over to the South Side Savings Bank at $1,000 and fixing the amount of the court's decree against the defandant at that sum. Affirmed.

Opinion by HEAD, J.